ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 OCT -8 AM 11:57
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JANICE L. ROSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 314-101 |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Plaintiff's motion to proceed *in forma pauperis* (doc. no. 2), **DISMISSES** Plaintiff's complaint, and **CLOSES** this civil action.

SO ORDERED this __ day of October, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE